UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTAY LAVONCE SCRUGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. TORREZ,<br><br>　　　　Defendant. | No. 2:20-cv-0718 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　By an order filed April 14, 2020, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, or pay the court's filing fee of $400.00, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty-day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents or paid the required filing fee.

　　　In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with

1

1 the court and serve a copy on all parties.  Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
3 failure to file objections within the specified time may waive the right to appeal the District
4 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 Dated:  May 27, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/scru0718.fifp